Antonio PEREZ, Petitioner-Appellee,

v.

Louie L. WAINWRIGHT, Secretary, Department of Offender Rehabilitation, Respondent-Appellant.

No. 78–1346.

United States Court of Appeals, Fifth Circuit.

Oct. 8, 1980.

Anthony C. Musto, Marqarite Esquiroz, Asst. Attys. Gen., Miami, Fla., for respondent-appellant.

Karen M. Gottlieb, Asst. Public Defender, Miami, Fla., for petitioner-appellee.

Before MORGAN, FAY and RUBIN, Circuit Judges.

ALVIN B. RUBIN, Circuit Judge.

Considering the decision of the United States Supreme Court in *Cuyler v. Sullivan*, 446 U.S. ——, ——, 100 S.Ct. 1708, 1715–1716, 64 L.Ed.2d 333, the order of the district court, 440 F.Supp. 1037, granting writ of habeas corpus is AFFIRMED and the case is REMANDED for further proceedings consistent with this opinion.